**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-20-0000604**
**17-SEP-2021**
**08:08 AM**
**Dkt. 33 OAWST**

NO. CAAP-20-0000604

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

MAUI ARTS & CULTURAL CENTER,
a Hawaiʻi nonprofit corporation, Plaintiff-Appellee, v.
JOSEPH S. TORRES, JR., Defendant-Appellant, and
JOHN DOES 1-50; JANE DOES 1-50; DOE CORPORATIONS 1-50;
DOE PARTNERSHIPS 1-50; DOE ENTITIES 1-50, and
DOE GOVERNMENTAL UNITS 1-50, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CC191000093(1))

ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By: Ginoza, Chief Judge, Nakasone and Fujise, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal with Prejudice, filed September 15, 2021, by Plaintiff-Appellee Maui Arts & Cultural Center, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs; (3) the stipulation is dated and signed by counsel for all parties appearing in the

appeal; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs on appeal.

DATED:  Honolulu, Hawaiʻi, September 17, 2021.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Alexa D.M. Fujise
Associate Judge